FILED - LN
April 5, 2023 2:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / ____ SCANNED BY: ____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

James E. Harken
315 Bingham
Lansing, Mich. 48912
Plaintiff

**1:23-cv-352**

**Case No.**
**Honorable**

John Kerry, special presidential envoy for climate, a cabinet level position
**SENATE OFFICE SR-218**
**WASHINGTON, DC 20510**
Defendant

**Hala Y. Jarbou**
**Chief U.S. District Judge**

## JOHN KERRY'S PERSONNEL BACKGROUND INFORMATION

John Kerry served as President Barack Obama's secretary of state, he helped steer the negotiation of the Paris Agreement on climate change, locking down commitments from nearly 200 nations.

From David Degner of the New York Times: John Kerry has been advocating action on climate change for decades at state and federal levels.

On Nov. 23, 2020, President-elect Joseph R. Biden Jr. said he would name John Kerry his special presidential envoy for climate, creating a new cabinet-level position reporting directly to the President. John Kerry for years, has been feeding President Biden with the lie that carbon emissions from using fossil fuel is causing Global Warming/Climate Change.

## PLAINTIFF'S COMPLAINT

John Kerry, special presidential envoy for climate, is committing fraud against the Citizens of the United States by having President Biden shut down the use of coal, oil, natural gas and gasoline, stating that carbon emissions from their use is causing Global Warming/Climate Change.

## White House Fact Sheet April 22, 2021

**President Biden Sets 2030 as a Greenhouse Gas Pollution Reduction Target Aimed at Creating Good-Paying Union Jobs and Securing U.S. Leadership on Clean Energy Technologies**

**Building on Past U.S. Leadership, including Efforts by States, Cities, Tribes, and Territories, the New Target Aims at 50-52 Percent Reduction in U.S. Greenhouse Gas Pollution from 2005 Levels to the new targets by 2030.**

**Today, President Biden will announce a new target for the United States to achieve a 50-52 percent reduction from 2005 levels in economy-wide net greenhouse gas pollution in 2030 – building on progress to-date and by positioning American workers and industry to tackle the climate crisis.**

On Day One, President Biden fulfilled his promise to rejoin the Paris Agreement and set a course for the United States to tackle the climate crisis at home, reaching net zero emissions economy by no later than 2050. As part of re-entering the Paris Agreement, he also launched a whole-of-government process, organized through his National Climate Task Force, to establish this new 2030 emissions target – known as the "nationally determined contribution" or "NDC," a formal submission to the United Nations Framework Convention on Climate Change (UNFCCC).

President Biden sounds the alarm that the United States is not waiting, the costs of delay are too great. Climate change poses an existential threat….Carbon dioxide is causing global warming and must be eliminated!

The United States has set a goal to reach 100 percent carbon pollution-free electricity by 2035.

## Destruction of American coal, oil and natural gas energy

On his first day in office, President Biden initiated his war against fossil fuels, signing an executive order to cancel the Keystone XL pipeline. The Keystone XL pipeline was prepared to bring in over 800,000 barrels of crude oil a day to U.S. refiners. Thousands of jobs were lost, and local economies were dealt a life-altering blow. Shortly thereafter, the president announced a moratorium on oil and gas leases on U.S. lands and waters — a crushing blow to America's oil and gas production.

President Biden then begged for oil from Saudi Arabia asking them to increase production. The Saudis refused and then the Oil Producing Mid-East Countries (OPEC) reduced their production causing dramatic increases in gasoline prices in the United States.

President Biden then pumped out oil from our Strategic Oil Reserve which did little to lower the inflating gas prices.

President Biden then suggested removing the sanctions against Venezuela to get their oil.

Then came more energy failures, inflation failures, gasoline failures. To this administration they were not failures at all. Things were just going as planned and what's embarrassing is all our politicians in Congress did nothing.

On Nov 9, 2021, John Kerry, Joe Biden's energy czar claimed that the United States will not have coal plants by 2030 in support of the Biden administration to eliminate all carbon emissions. The United Nations called on rich nations to do away with unabated coal use to keep the Paris Agreement's goals and the United States, through John Kerry, has promised to deliver.

President Biden's Inflation Reduction Act will drive coal plants to retire and be replaced by renewables. Estimates show the law could cause between 30 gigawatts and 60 gigawatts to be taken offline.

Some in the power sector say that dealing a body blow to coal this decade could undermine the United States grid reliability — particularly in the face of new demand stemming from the electrification of sectors like transportation. The EPA does not think about electric grid reliability when they make new rules to force the closing of coal fired electrical generation in the United States. This lawsuit will prove this is an extremely critical error.

Fossil fuels – petroleum, natural gas and coal, made up an estimated 79% of total U.S. primary energy production in (2020). Coal power electric generators can run without any natural gas but before they start generating electricity with coal, they need a source of electrical power to run coal conveyors and numerous electric fan motors and control systems to get the coal fired boilers running and up to operating temperature and this usually takes about 24 hours. Once started, they run for months producing electricity using their own generated electricity to run the coal conveyors, fan motors and control systems.

The United States, has set targets for complete coal power phase-outs per the signing of the Paris Agreement. The United States accounts for less than 3% of global coal electric generation.

## PROOF THAT FRAUD IS BENG COMMITTED AGAINST THE PLAINTIFF AND THE AMERICAN PEOPLE

Dozens of United States scientists have been monitoring and recording the amount of Carbon Dioxide in the atmosphere for 63 years. This is being done at the U.S. Mauna Loa Observatory in Hawaii. These scientists have the most sophisticated equipment in the world and they have

been publishing the results of their recordings of atmospheric carbon dioxide since 1960. See (Exhibit 1)

From this U.S. Government Chart: "Atmospheric Carbon Dioxide (1960-2021):
In 2021 the average CO2 in the atmosphere was = 420 PPM = .00042 = .042%
In 1960 the average CO2 in the atmosphere was = 320 PPM = .00032 = .032%

From the above figures, subtracting the % amount of CO2 in 1960 from the % amount in 2021 we find that in 62 years CO2 has only increased .01%. In 62 years, this is an insignificant, extremely small increase. It is an increase of only 100 (ppm) parts per million over 62 years! CO2 has only increased 1.6 ppm per year for 62 years!

This insignificant increase in the amount CO2 gas over 62 years, in our massive atmosphere cannot cause our massive earth to heat up. The increase in CO2 in our atmosphere over 63 years has been almost zero.

The composition of or atmosphere:

1960 -- 71% nitrogen and 28% oxygen and .03% carbon dioxide.
2021 -- 71% nitrogen and 28% oxygen and .04% carbon dioxide.

In 62 years, this CO2 increase is practically zero. These figures are from the public presentations of our United States scientists published on the internet.

(Exhibit #2)
Exhibit #2, which is another presentation of our United States scientists that was published on the internet, showing in the very first paragraph of this publication, the statement: "...the jump of 2.58 ppm over 2021 amounts tied for 5th-highest annual increase in NOAA's 63-year record." The increase in CO2 from 2021 to 2022 was 2.58 ppm (parts per million). Atoms of oxygen, nitrogen and carbon dioxide are extremely small and are about the same size.

We can represent these three elements, by assuming they are the size of a baseball that is 2.86 in. in diameter. The area this baseball occupies is (2.86 x 2.86) = 8.18 square inches or 8.18/144 = .057 square ft. It would take a box the size of (300 ft) by (190 ft) to contain 1,000,000 baseballs of this size.

The U.S. climate scientists stated that Carbon Dioxide (CO2) increased in our atmosphere from 2021 to 2022 by 2.58 ppm or in our example, 2.58 baseballs. So if we take 2.58 baseballs and throw them in a box 300 ft x 190 ft, containing 1,000,000 other baseballs, the 2.58 baseballs we just threw in are INSIGNIFICANT mixed in with the 1,000,000 baseballs. Likewise the 2.58 parts of CO2 mixed in with 1,000,000 other parts of oxygen, nitrogen, & Carbon Dioxide is insignificant.

THERE HAS BEEN ALMOST ZERO CHANGE IN OUR ATMOSPHERE IN 63 YEARS!

The composition of our atmosphere is/was:

1960 -- 71% nitrogen and 28% oxygen and .03% carbon dioxide.
2021 -- 71% nitrogen and 28% oxygen and .04% carbon dioxide.
2022 -- 71% nitrogen and 28% oxygen and .04% carbon dioxide.

Carbon Dioxide Science from our U.S. scientists prove President Joe Biden and John Kerry are lying to the world by saying carbon emissions are causing GLOBAL WARMING. His fictional global warming, because CO2 is increasing is not true and is hurting the American energy economy by shutting down coal plants or converting them to natural gas and then shutting down oil and natural gas drillings and distribution systems. All this based on a fabricated lie that our CO2 is dramatically increasing in our atmosphere.

This action is fraudulent because carbon dioxide emissions are not increasing in the atmosphere. U.S. science and U.S. scientists prove this.

## CRITICAL ERROR

Our electrical grid is very fragile. Shutting down all coal fired electrical generating plants or converting them to natural gas fired plants and then shutting them down makes our grid even more fragile. Shutting down the coal fired plants will come first. When that happens, the only fossil fired plants our country will have will be gas fired electrical generating plants. All of our oil and natural gas drilling and pumping distribution systems require electricity. All of our gas fired electrical generating plants require natural gas. Any major interruption in our electrical grid such as an earthquake that cuts our grid or a prolonged zero degree temperature, could shut down all fossil fired generating plants (in 2020, 79% of our countries electricity When these electric generating plants shut down there will be little electricity to run the gas drilling rigs and pumping stations. We are than caught in a gridlock.

You cannot start a gas fired electrical generating plant without gas and you cannot have gas without the electric generating plants running. Without gas and electricity you have no heat, gasoline, water or sewage. This is exactly what happened in Texas, February 2021, when the grid went down for 3 days and approximately 700 people died. See (Exhibit #3)

Natural gas and coal, made up an estimated 79% of total U.S. electrical energy production in (2020). All 6 of the coal fired plants in the Lansing, Michigan area have been converted to natural gas. If President Biden continues in his lie that coal fired electrical generating plants are increasing carbon dioxide emissions so as to cause global warming and he continues to shut down coal and natural gas fire electrical generating plants then our supply of electric energy to our grid is getting lower and lower each month, just like what happened in Texas. One of these winters that we have zero degree temperatures or lower for 3 days or longer the chances are getting better that our electrical grid will go down because if it and we can expect the same results that Texas had in Feb. 2021, but on a much larger scale. If our electrical grid goes down

for 30 days +, the deaths could be in the millions. There will be no place to hide or shelter and the United States would be the only country on earth that this catastrophe could happen, because the United States is about the only country on earth that is shutting down all coal and natural gas electrical generating plants.

## CONCLUSION

The entire Biden administration has bought into the Biden fabricated lie that CO2 is increasing in our atmosphere causing Global Warming, even though our own U.S. scientists prove him wrong. Looking at the composition of our atmosphere in any text book or on the internet will show the composition of our atmosphere is: 71% nitrogen and 28% oxygen and .04% carbon dioxide. It has been this for the last 63 years.

The executive branch will do nothing to stop this completely fabricated lie. The Senate is controlled by the left and will do nothing against the Biden Administration. The House is controlled by the right but thus far have done nothing to address this impending catastrophe.

THE JUDICIAL BRANCH OF U.S. MUST ACT QUICKLY TO:

1. IMMEDIATELY STOP THE BIDEN ADMINISTRATION FROM SHUTTERING ANY COAL FIRED ELECTRICAL PLANTS.
   (A coal fired electrical generating plant can be shut down in 3 days. If it stays down for a few weeks or more, it could take 9 months to bring it back on line.)

2. IMMEDIATELY STOP THE BIDEN ADMINISTRATION FROM CONVERTING COAL FIRED ELECTRICAL PLANTS TO NATURAL GAS PLANTS.

3. REMOVE ALL OF THE BIDEN EXECUTIVE ORDERS AGAINST FOSSIL FUEL ENERGY THAT ARE BASED ON THE FABRCATED LIE THAT CARBON DIOXIDE IS INCREASING IN OUR ATMOSPHERE CAUSING GLOBAL WARMING.

James E Harken
April 5, 2023
313 Bingham
Lansing Mich 48912
517 512 8291