FILED - LN
April 14, 2023 10:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD SCANNED BY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**James E. Harken**
**315 Bingham**
**Lansing, Mich. 48912**
Plaintiff

**Case No. Case No 1:23-CV-352**
**Honorable HALA Y. JARBOU**
CHIEF UNITED STATES DISTRICT JUDGE

John Kerry, special presidential envoy for climate, a cabinet level position
**SENATE OFFICE SR-218**
**WASHINGTON, DC 20510**
Defendant

## BACKGROUND INFORMATION

## AMENDED PLAINTIFF'S COMPLAINT

Plaintiff's original complaint remains the same.
John Kerry, special presidential envoy for climate, through the environmental protection agency (EPA) is committing fraud against the Citizens of the United States by having President Biden shut down the use of coal, oil, natural gas and gasoline, stating that carbon emissions from their use is causing Global Warming/Climate Change. This is a fabricated lie, proven in Plaintiff's Original Complaint.

**(A) FROM THE INTERNET: EPA FACT SHEET April 12, 2023**

**U.S. ENVIORNMENTAL PROTECTION AGENCY (EPA) NEWS RELEASE MARCH 8, 2923 HEADQUARTERS WATER (OW)** EPA Press Office (press@epa.gov)

**1.** Biden-Harris Administration Proposes Stronger Limits on Water Pollution from Power Plants

2. Today the Biden-Harris Administration announced it is proposing to strengthen wastewater discharge standards that apply to coal-fired power plants. The U.S. Environmental Protection Agency (EPA) proposal follows the latest science and applies EPA's longstanding authority under the Clean Water Act **said EPA Administrator Michael S. Regan.**

3. EPA's proposed rule would establish more stringent discharge standards for three types of wastewater generated at coal fired power plants: flue gas desulfurization wastewater, bottom ash transport water, and combustion residual leachate.

4. **The Agency's proposal would retain and refresh a compliance path for coal-fired power plants that commit to stop burning coal by 2028.** The Agency is issuing a direct final rule and parallel proposal to allow power plants to opt into this compliance path. Additionally, power plants that are in the process of complying with existing regulations and plan to stop burning coal by 2032, would be able to comply with the proposed rule.

5. Coal-fired power plants discharge large volumes of wastewater into waterways such as ponds, lakes, rivers, and streams. The discharges include pollutants such as selenium, mercury, arsenic, nickel, bromide, chloride, and iodide, nutrient pollution, and total dissolved solids. Exposure to these pollutants can harm people and ecosystems through contamination of drinking water sources, recreational waters, and aquatic life.

6. EPA is also proposing changes to specific compliance paths for certain "subcategories" of power plants. The Agency's proposal would retain and refresh a compliance path for coal-fired power plants that commit to stop burning coal by 2028.

7. Steam electric plants use fossil fuels (such as coal, oil, and natural gas) or nuclear reactions to heat water in boilers, which generates steam. The steam is used to drive turbines connected to electric generators. The plants generate wastewater in the form of chemical pollutants and thermal pollution from their water treatment, power cycle, ash handling and air pollution control systems, as well as from coal piles, yard and floor drainage, and other miscellaneous wastes.

8. In September 2015, EPA finalized a rule revising the ELGs for the Steam Electric Power Generating category, setting the first federal limits on toxic metals in wastewater that can be discharged from power plants. In August 2020, the Agency finalized a "reconsideration" rule revising the 2015 requirements for FGD wastewater and BA transport water. EPA reviewed the 2020 reconsideration rule in accordance with President Biden's Executive Order 13990 directing the Agency to review all regulations and policies undertaken by the previous administration and rescind or revise any that do not protect public health and the environment. In July 2021, EPA announced its intent to develop the rulemaking it is proposing today.

## PLAINTIFF'S OBJECTIONS TO THE ABOVE EPA NEWS RELEASE

3. **FLU GAS & combustion residual leachate. When coal ignites in the boilers, the temperature is about 2000 degrees farenheight. There is no water in the boiler or the exhaust pipes at that temperature.**

**BOTTOM ASH TRANSPORT WATER - When coal ignites in the boilers, the temperature is about 2000 degrees farenheight. There is no water in the ash at that temperature.**

### 1,2,4 The Supreme Court curbed EPA'S power to regulate carbon emissions from power plants.

July 19, 2022 – In late June, the Supreme Court issued a <u>ruling</u> stating that the Environmental Protection Agency cannot put state-level caps on carbon emissions under the 1970 Clean Air Act. Such authority would, in effect, steer states away from coal and toward other types of power sources that emit less carbon. The Court said that, instead, the authority to decide how power is created in the U.S. must come from Congress.

Less than one year after the Supreme Court of the United States prohibited the Biden Administration from legislating power companies through the EPA, they are bypassing Congress and doing it again. This administration wants to shut down all gas and coal fired electric generation in the United States based on their fabricated lie that carbon dioxide emissions are increasing causing global warming. Plaintiff's original complaint proves that this is false.

5. The Biden administration listed many chemicals claiming they are harmful. They provide no documented proof how these chemicals have increased over the years, no documented death rates –nothing at all about these chemicals. I am 80 years old, have 7 kids, 18 grand kids and have never even heard of these chemicals in my life, and I live about 1 mile from 3 gas fired boilers. These 3 boilers were converted from coal fired boilers several years ago. I have had my house for over 50 years and almost everyday I look at these power plant.

6. Shutting down all coal plants by 2030! Just 7 years away. 79% of our electricity in 2020 was from gas and coal. Carbon dioxide is not increasing in our atmosphere. We are the only country on earth shutting down our coal fired electrical generation. Most other countries are building new coal fired electrical generating plants.

7. In coal fired boilers, water is heated to about 750 degrees and converted to steam. The steam goes through high pressure pipes to the turbine. The turbine spins the generator producing electricity.

The steam then goes to cooling towers where river water is pumped over the steam lines, The river water boils away and steam is condensed to water. You cannot pump steam. The condensed steam, now water, is then pumped back into the boilers and reheated. The river water is then pumped back to the river. The river water is never mixed with steam water. I have seen this process about a dozen times and have never seen water leakage, like the EPA claims there is.

## (B) FROM THE INTERNET: APRIL 12, 2023

### Biden-Harris Administration Proposes Strongest-Ever Pollution Standards For Cars and Trucks to Accelerate Transition to a Clean-Transportation Future

**WASHINGTON** – Today, the U.S. Environmental Protection Agency (EPA) announced new proposed federal vehicle emissions standards that will accelerate the ongoing transition to a clean vehicles future and tackle the climate crisis. The proposed standards would improve air quality for communities across the nation, especially communities that have borne the burden of polluted air. Together, these proposals would avoid nearly 10 billion tons of $CO_2$ emissions, equivalent to more than twice the total U.S. $CO_2$ emissions in 2022, while saving thousands of dollars over the lives of the vehicles meeting these new standards and reduce America's reliance on approximately 20 billion barrels of oil imports.

"By proposing the most ambitious pollution standards ever for cars and trucks, we are delivering on the Biden-Harris Administration's promise to protect people and the planet, securing critical reductions in dangerous air and climate pollution....

## PLAINTIFF'S OBJECTIONS

The primary exhaust from gasoline driven cars is carbon dioxide (CO2) and carbon monoxide (CO).
There are hundreds of millions of gasoline driven cars on this earth and the simple truth is that (CO2) has only had an insignificant increase in our atmosphere and the proof is given by our atmospheric scientists who have been analyzing our atmosphere thousands of times each month for the last 63 years.
Adding millions of electric cars would increase the demand for more electricity. President Joe Biden is demanding we shut down all fossil fuel electrical generation which in 2020 accounted for 79% of electrical generating capacity.

The Supreme Court of the United States prohibited the Biden Administration from legislating power companies through the EPA. By doing so,they are bypassing Congress again and violating the Supreme Court issued ruling stating that the Environmental Protection Agency cannot put state-level caps on carbon emissions

## CONCLUSION

The entire Biden administration has bought into the Biden fabricated lie that CO2 is increasing in our atmosphere causing Global Warming, even though our own U.S. scientists prove him wrong.

The arrogance of the Biden administration, to start legislating the coal fired electrical generation again, less than one year, after the Supreme Court ruled that they could not do this, is outrageous. The Biden administration has forced so many coal fired plants shut down these last two years that our electrical grid may not hold up through the upcoming winter. If that happens, it won't just be the civilian population that suffers but it will also be, hospitals, the military, industry, every one. Now the administration wants to speed up the closings.

THE JUDICIAL BRANCH OF U.S. MUST ACT, QUICKLY, TO IMMEDIATELY STOP THE BIDEN ADMINISTRATION FROM CLOSING ANY MORE COAL FIRED ELECTRICAL PLANTS THROUGH IMPOSING RULES THROUGH THE EPA.

THERE MUST BE SOME TYPE OF PUNISHMENT OR SANCTIONS OR SOMETHING TO PREVENT THIS ADMINISTRATION FROM LEGISLATING THROUGH THE EPA ESPECIALLY SINCE THEY IGNORED THE SUPREME COURT'S JULY 19, 2022 RULING.

THE JUDICIAL BRANCH OF U.S. MUST ALSO:

1. IMMEDIATELY STOP THE BIDEN ADMINISTRATION FROM CONVERTING COAL FIRED ELECTRICAL PLANTS TO NATURAL GAS PLANTS.
2. REMOVE ALL OF THE BIDEN EXECUTIVE ORDERS AGAINST FOSSIL FUEL ENERGY THAT ARE BASED ON THE FABRCATED LIE THAT CARBON DIOXIDE IS INCREASING IN OUR ATMOSPHERE CAUSING GLOBAL WARMING.

James Harken April 14, 2023