UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES E. HARKEN

Plaintiff,

v.

JOHN KERRY,

Defendant.

Case No. 1:23-cv-352

Hon. Hala Y. Jarbou

______________________________________/

# JUDGMENT

In accordance with the Order entered this date:

**IT IS ORDERED** that this case is **DISMISSED**.

Dated: August 31, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE